**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

| | | |
|---|---|---|
| **TEAMSTERS LOCAL 237 WELFARE FUND, individually and on behalf of Others similarly situated,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **No. 2:20-cv-02553-STA-tmp** |
| **SERVICE MASTER GLOBAL HOLDINGS, INC. et al.,** | ) ) ) | |
| **Defendants.** | ) ) | |

**ORDER GRANTING COUNSEL'S MOTION FOR LEAVE TO WITHDRAW**

Before the Court is counsel for Defendants Charles I. Malone's Motion for Leave to Withdraw (ECF No. 57) filed March 24, 2021. Counsel requests permission to be relieved from further responsibilities as counsel of record in this case. For cause counsel states that he is no longer employed at the firm of Butler Snow LLP and has moved to a new firm. Defendants will continue to be represented by other counsel of record. For good cause shown, counsel's Motion is **GRANTED**. Charles I. Malone is relieved all further responsibilities in this matter.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date: March 25, 2021

1