UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

**TEAMSTERS LOCAL 237 WELFARE FUND,**  **JUDGMENT IN A CIVIL CASE**

    **Plaintiff,**

**vs.**

**SERVICEMASTER GLOBAL HOLDINGS,**  **CASE NO: 20-2553-STA-tmp**
**INC., ET AL.,**

    **Defendants.**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the** ORDER GRANTING DEFENDANTS' JOINT MOTION FOR JUDGMENT ON THE PLEADINGS **entered on October 5, 2022, the Joint Motion for Judgment on the Pleadings is GRANTED.**

           **APPROVED:**

**s/ S. Thomas Anderson**
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

**DATE: 10/5/2022**        **THOMAS M. GOULD**
              **Clerk of Court**

              **s/Maurice B. BRYSON**

              **(By)  Deputy Clerk**